UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SOUTH AFRICAN BREWERIES PTY. LTD
f/k/a SOUTH AFRICAN BREWERIES,
LIMITED                                                                    Docket No.

                      Plaintiff,

  - against –                                                             14   Civ.  3609 (JSR)

ATLANTIC ENERGY NAVIGATION
LIMITED

                    Defendants.
---------------------------------------------------------X


**EXHIBIT 1(A) & (B)**

**TO PLAINTIFF'S COMPLAINT**


HILL RIVKINS, LLP
*Attorneys for Plaintiff*


By_____
      Caspar F. Ewig
45 Broadway
New York, N.Y.
(212) 669 0600
cewig@hillrivkins.com